**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CHRISTIAN DANIEL RILLORAZA,
Plaintiff,
v.
COUNTY OF RIVERSIDE,
Defendant.

Case No. 5:25-cv-01363-CV-PD

**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

**[DOC. # 18, 24, 26]**

Pursuant to 28 U.S.C. § 636, the Court has reviewed Defendant County of Riverside's ("Defendant") motion to dismiss Plaintiff Christian Daniel Rilloraza's ("Plaintiff") first amended complaint, the records on file, the Report and Recommendation of United States Magistrate Judge (the "Report"), Defendant's objection and request to modify the Report ("Request"), and the Magistrate Judge's Minute Order granting Defendant's Request. Doc. ## 17–20, 23–26.

The Court has conducted a *de novo* review of the portions of the Report to which objections were directed. The Court accepts the findings and recommendations of the Magistrate Judge as reflected in the Report as modified

by the Magistrate Judge's July 31, 2026 Minute Order, and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED that:

1. Defendant's motion to dismiss Plaintiff's Fourteenth Amendment claim is GRANTED WITHOUT LEAVE TO AMEND;
2. Defendant's motion to dismiss Plaintiff's Title II and Rehabilitation Act claims regarding the May 21, 2025 incident is GRANTED WITHOUT LEAVE TO AMEND;
3. Defendant's motion to dismiss Plaintiff's *Monell* claim is GRANTED WITH LEAVE TO AMEND; and
4. Defendant's motion to dismiss Plaintiff's Title II and Rehabilitation Act claims regarding the May 23, 2025 incident and his Fourth Amendment claim is DENIED.

**IT IS SO ORDERED.**

Dated: 8/10/26

Cynthia Valenzuela
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE